## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KYALEAH LACAMERON TOLLIVER, et al.                                               PLAINTIFFS

v.                                             5:15CV00252-JM-JTK

JERRY CLARK, et al.                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff Thurmond is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2.   Plaintiffs' allegations of threats are DISMISSED; Plaintiff Tolliver's allegation concerning an improper meal is DISMISSED.

IT IS SO ORDERED this 10th day of November, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE